| | | | | | | |
|---|---|---|---|---|---|---|
| JUDGE | | | DAVID HITTNER | | | |
| CASE MANAGER | Joseph Wells | | RPTR/TAPE | Forrest | | |
| USPO | Brian Swane | | INTERPRETER | | | |
| TIME | begin | end A.M. | 2:15 begin | 3:06 end P.M. | DATE | 02/09/2023 |

CR. NO. 4:21cr165  DEFT. NO. 1

UNITED STATES OF AMERICA § Sherin Daniel, Luis Baramse AUSA
vs.
Xavier Jay Reyes § Dennis Hester (CFPD) ☐ CJA

## SENTENCING

☒ ksen.  Sentencing held. ☒ Guilty plea ☐ Guilty verdict on 08/15/2022, Cts. 1s, 3s, 4s

☐ ksen.  Sentencing held **with contested issues**.

☒ ...  SENTENCE: Custody of BOP for a term of 240 1s, 360 3s & 4s consecutive
Supervised Release 10 years, Concurrently
Total term of 960 months
JVTA and AVAA waived
Restitution Reserved 90 days

$100 ~~$50~~ special assessment on Counts _____

☐ ...  **Time to serve.**

☐ kdismcntgv.  Counts _____ dismissed on government's motion.

☐ kosurr.  Deft ordered to surrender to U.S. Marshal on _____.

☐ ...  Deft ordered to surrender to institution when designated.

☐ kcphrg.  Change of plea hearing, deft withdraws plea of guilty. (kpstr.).

☐ kjytrl.  Jury trial set for _____ at _____.

☐ ko.(bnd.).  Deft bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☐ ...  Deft failed to appear, bench warrant to issue.

☐ ...  Deft bond ☐ continued ☐ forfeited.

☒ ...  Deft remanded to custody.

☒ ...  Terminate other settings for this deft.  ☒ Terminate motions for this deft.
OTHER PROCEEDINGS: _____

PSR Adopted, No Objections

Copy to:  USPO