# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO: 4:21-CR-165 |
| | § | |
| XAVIER JAY REYES, | § | |
| Defendant. | § | |

## ORDER OF FORFEITURE AT SENTENCING

The Preliminary Order of Forfeiture, which was signed on August 19, 2022 (Document 35) and became final as to the defendant Xavier Jay Reyes on the same date, is made part of the defendant's sentence and shall be included in the judgment.

Signed at Houston, Texas, on _____, 2023.

_____
David Hittner
United States District Judge