IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                  Cr. No. H-21-165

REYES, XAVIER JAY

## DEFENDANT'S NOTICE OF APPEAL

The defendant, Xavier Jay Reyes, through his attorney, the Federal Public Defender, hereby appeals from the judgment of conviction and sentence imposed on February 9, 2023, in the above styled matter to the United States Court of Appeals for the Fifth Circuit.

                                              Respectfully submitted,

                                              MARJORIE A. MEYERS
                                              Federal Public Defender
                                              Southern District of Texas No. 3233
                                              Texas State Bar No. 14003750

                                              By /s/ Dennis Hester
                                              DENNIS HESTER
                                              Assistant Federal Public Defender
                                              Attorney in Charge
                                              Texas State Bar ID No. 24065415
                                              Southern District of Texas No. 2209776
                                              Attorneys for Defendant
                                              440 Louisiana, Suite 1350
                                              Houston, Texas 77002-1056
                                              Telephone: 713.718.4600
                                              Fax: 713.718.461

# **CERTIFICATE OF SERVICE**

I certify that on February 14, 2023, a copy of the Notice of Appeal was served by Notification of Electronic Filing to the office of the United States Attorney at 1000 Louisiana Street, Suite 2300, Houston, Texas 77002.

*s/ Dennis Hester*