# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 20, 2023

United States Courts
Southern District of Texas
FILED
*March 20, 2023*
Nathan Ochsner, Clerk of Court

Mr. David Smith
U.S. District Court
Southern District of Texas
515 Rusk Street
Room 8016
Houston, TX 77002

    No. 23-20058    USA v. Reyes
                       USDC No. 4:21-CR-165-1

Dear Mr. Smith,

We have not received your acknowledgment of the enclosed purchase order for the transcript in this case. We assume the appellant has made the necessary financial arrangements for preparing the transcript. You have 30 days from the date we received the purchase order, or until March 30, 2023, to file the transcript with the district court clerk. We will adjust this time only in the event financial arrangements are not complete.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Rebecca L. Leto, Deputy Clerk
                                       504-310-7703

Enclosure(s)

cc:  Ms. Marjorie A. Meyers
     Ms. Carmen Castillo Mitchell
     Mr. Nathan Ochsner
     Ms. Kathryn Shephard

TRANSCRIPT ORDER FORM (DKT-13) — READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court __Southern District of Texas__ District Court Docket No. __H-21-0165__

Short Case Title __United States v. Xavier Jay Reyes__

**ONLY ONE COURT REPORTER PER FORM** Court Reporter __David Smith__

Date Notice of Appeal Filed in the District Court __02/14/2023__ Court of Appeals No. __23-20058__

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant: _____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 08/15/2022 | Re-Arraignment | The Honorable David Hittner |
| | | |
| | | |
| | | |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐Private Funds; ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds; ☐Advance Payment Waived by Reporter; ☐U.S. Government Funds
☒Other __The FPD has today authorized obligation of funds for these transcripts.__

Signature __s/ Marjorie A. Meyers__ Date Transcript Ordered __02/28/2023__

Print Name __Marjorie A. Meyers__ Phone __713.718.4600__

Counsel for __Xavier Jay Reyes__

Address __440 Louisiana, Suite 1350, Houston, Texas 77002__

Email of Attorney: __fpdtxs_transcript_orders@fd.org__

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Reporter _____