## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

**CLERK OF COURT**                                                                 www.txs.uscourts.gov

May 10, 2023

In re: USA v. Xaiver Jay Reyes
District Court No.: 4:21−cr−00165
Circuit Court No.: 23−20058

To Whom It May Concern:

Pursuant to the order entered by the United States District Court of Appeals for the 5th Circuit, you have been granted access to the sealed documents on the case referenced above.

Enclosed is the SEALED electronic record on CD for this Notice of Appeal as ordered by the 5th Circuit. Please prepare your brief regarding this appeal using this copy of the paginated record. The CD does not need to be returned to our Clerk's office. Please properly dispose of all items when the appeal process is complete.

Nathan Ochsner, Clerk

By: Juanita Tabares, Deputy Clerk